**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

MONICA NICOLE BURDETTE,

                  Plaintiff,

v.                                        CIVIL ACTION NO.  2:25-cv-00342

FRANK BISIGNANO,
Commissioner of Social Security

                  Defendant.

**MEMORANDUM OPINION AND ORDER**

This action was referred to United States Magistrate Judge Dwane L. Tinsley for submission of proposed findings of fact and recommendations for disposition pursuant to 28 U.S.C. § 636. On March 19, 2026, Magistrate Judge Tinsley submitted his Proposed Findings & Recommendations ("PF&R"), [ECF No. 10], and recommended that the court **GRANT** the Plaintiff's request for remand, [ECF No. 7], **DENY** the Commissioner's request to affirm the final decision, [ECF No. 8], **REVERSE** the final decision of the Commissioner, and **REMAND** this matter back to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). Neither party timely filed objections to the PF&R nor sought an extension of time.

A district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This court is not, however, required to review, under a de novo or any other standard,

the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Because the parties have not filed objections in this case, the court adopts and incorporates herein the PF&R and orders judgment consistent therewith. The court **GRANTS** the Plaintiff's request for remand, [ECF No. 7], **DENIES** the Commissioner's request to affirm the final decision, [ECF No. 8], **REVERSES** the final decision of the Commissioner, and **REMANDS** this matter back to the Commissioner for further administrative proceedings.

The court **DIRECTS** the Clerk to send a copy of this Memorandum Opinion and Order to counsel of record and any unrepresented party.

ENTER:        April 22, 2026

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE